SEALED

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☑ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT — Las Vegas
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): CHRISTINA M. BROWN

CASE NO. 2:13-cr-355

USA vs.
Defendant: GREGORY VILLEGAS
Address: aka Ray Matsui
aka Ray Mathis

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 1 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ Interpreter Required Dialect: _____

Birth Date: _____
☐ Male ☐ Alien (if applicable)
☐ Female

Social Security Number _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Kilcommons - FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: _____ County

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 32

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18/1349 and 2316 | Conspiracy to Commit Wire Fraud in Connection with Telemarketing | 1 |
| 4 | 18/1343 | Wire Fraud | 2 - 32 |