```
                                              RECEIVED
                          ENTERED             SERVED ON
                                     COUNSEL/PARTIES OF RECORD

                             SEP 1 1 2013

                           CLERK US DISTRICT COURT
                             DISTRICT OF NEVADA
                       BY:                          DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **January 22, 2013** TERM. **13-01** | **MINUTES OF COURT** <br> DATE: September 11, 2013 @ 12:00 PM – 12:02 PM |

PRESENT:  The Honorable   George W. Foley, Jr.   , U.S. Magistrate Judge.

DEPUTY CLERK:   Henry Enriquez       REPORTER:   Maria Abellar

UNITED STATES ATTORNEY:   Christina Brown     COURTROOM:   3A

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| 2:13-CR-355 | **SEALED (3 DEFENDANTS)** | **WARRANTS** |
| 2:13-CR-356 | **RAUL ANDREW CASAREZ** <br> **LOCAL FEDERAL CUSTODY** | **CUSTODY** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:13-CR-356** will be held on **Wednesday, September 18, 2013 @ 3:00 pm** before **MAGISTRATE JUDGE PEGGY A. LEEN in Courtroom 3B**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Henry Enriquez

Deputy Clerk