# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
                                          FILED            RECEIVED
                                          ENTERED          SERVED ON
                                                    COUNSEL/PARTIES OF RECORD

                                              SEP 1 1 2013

                                           CLERK US DISTRICT COURT
                                            DISTRICT OF NEVADA
                                       BY:_____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  CHRISTINA M. BROWN
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336/Fax: (702) 388- 6020

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:13-cr-355 |
| vs. | |
| GREGORY VILLEGAS,<br>  a.k.a. Ray Matsui<br>  a.k.a. Ray Mathis<br>CHRISTINE M. GAGNON, and<br>  a.k.a. Lisa Foster,<br>  a.k.a. Crystal Waters<br>MICKEY GINES, | EX PARTE MOTION TO UNSEAL<br>CRIMINAL INDICTMENT<br><br>**FILED UNDER SEAL** |
| Defendants. | |

   The United States, by and through counsel, DANIEL G. BOGDEN, United States Attorney, and Christina M. Brown, Assistant United States Attorney, moves the Court to unseal the criminal indictment in the above-captioned case at the time of the defendants' arrest. In support, the government submits that the United States moved to seal the indictment due to the ongoing investigation. The need to keep the indictment under seal will expire at the time the defendants are arrested. Accordingly, the United States moves the Court to unseal the indictment

***

1   at that time.

2   Dated, this the 11th day of September, 2013

3                                           Respectfully submitted,

4                                           DANIEL G. BOGDEN
                                        United States Attorney

6                                           CHRISTINA M. BROWN
                                        Assistant United States Attorney

8   SO ORDERED:

10  _____
    UNITED STATES MAGISTRATE JUDGE         DATE: 9/11/13