# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00355-GMN-CWH |
| vs. ) | **ORDER** |
| GREGORY VILLEGAS, ) | |
| Defendant. ) | |

This matter came before the Court on Defendant Gregory Villegas' Motion for Status Check and for Extension of Deadline for Redaction Estimate (#64), filed on December 12, 2013. The Court conducted a status check on December 16, 2013. In doing so, the Court made preliminary remarks and heard representations of counsel as to the proposed redaction estimate. Defense Counsel Brenda Weksler indicated that she will continue to pursue redaction costs for the discovery documents identified and sought an extension of time. After careful consideration, the Court finds that an extension is warranted and a final estimate regarding redaction costs shall be due by January 13, 2014. Additionally, the Court notes that the Motion for District Judge to Reconsider Order of Pretrial Release (#41) will be addressed by Judge Navarro. Also, the Court issued a scheduling order regarding complex case discovery to govern this case. *See* Minutes of Proceedings (#59). Accordingly, there are no motions pending before the Court and the conditions of release for Defendant Gregory Villegas previously imposed by Judge Foley are in effect. *See* Minutes of Proceedings (#39).

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Gregory Villegas' Motion for Status Check and for Extension of Deadline for Redaction Estimate (#64) is **granted to the extent that it requests an extension for the redaction estimate**.

**IT IS FURTHER ORDERED** that an estimate regarding redaction shall be due by **January 13, 2014**.

DATED this 16th day of December, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**