FILED

FEB 21 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: GREGORY VILLEGAS. | No. 14-70411 |
| GREGORY VILLEGAS,<br><br>        Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,<br><br>        Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>        Real Party in Interest. | D.C. No. 2:13-cr-00355-GMN-CWH-1<br>District of Nevada, Las Vegas<br><br>ORDER |

Before: LEAVY, TASHIMA, and GRABER, Circuit Judges.

      Petitioner has not demonstrated that effective post-conviction review of the district court's ruling that petitioner challenges is unattainable. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650, 654-55 (9th Cir. 1977). Moreover, there is a compelling interest in the prompt resolution of criminal actions. *See Flanagan v. United*

AT/MOATT

*States*, 465 U.S. 259, 265 (1984). Accordingly, the petition for a writ of mandamus is denied.

The pending motion to stay proceedings is denied as moot.

**DENIED**.