UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: GREGORY VILLEGAS,

GREGORY VILLEGAS,

Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

Respondent,

UNITED STATES OF AMERICA,

Real Party in Interest.

No. 14-70411

D.C. No. 2:13-cr--00355-GMN-CWH-1
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered February 21, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk