# FILED

## UNDER

# SEAL

DANIEL G. BOGDEN
United States Attorney
CHRISTINA BROWN
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:13-CR-355-GMN-CWH-1 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| Gregory VILLEGAS ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Samira A. Barlow, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged.

Dated this 18TH day of June, 2014.

DANIEL G. BOGDEN
United States Attorney

By  /S/
Christina Brown
Assistant U. S. Attorney

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

U.S.A. vs. Gregory VILLEGAS            Docket No. 2:13-CR-GMN-CWH-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Samira A. Barlow, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Gregory Villegas, who was placed under pretrial release supervision by Your Honor in the Court at Las Vegas, Nevada, on September 12, 2013, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services supervision.
2. Maintain or actively seek lawful and verifiable employment and notify Pretrial Services prior to any changes.
3. Surrender any passport to Pretrial Services by September 13, 2013.
4. Obtain no passport or travel documents.
5. Travel restricted to Clark County, Nevada or otherwise approved by Pretrial Services.
6. Avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to co-defendants except in the presence of counsel and customers of grant funding companies.
7. Refrain from possessing a firearm, destructive device, or other dangerous weapons.
8. Refrain from the use or unlawful possession of a narcotic drug or other controlled substances.
9. Not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
10. Submit to any testing required by the Pretrial Services Office and pay cost based upon ability to pay.
11. Use true name only.
12. Shall not use any identifiers, access devices, or accounts unless under true name.
13. Prohibited from having any access to computers or connecting devices (PDA's, Cell Phones, Playstations, etc.) at home or employment which has internet access, Instant Messaging, IRC Servers, and the World Wide Web.
14. Defendant is not to enter into any casinos.
15. Defendant is to review discovery in counsel's office.
16. Defendant will not be provided with any copies of discovery.
17. Defendant is not permitted to take any notes of discovery outside of counsel's office.
18. Defendant is not to be employed in any capacity where he will have access to banking, credit or identification information of others.

### Respectfully presenting Petition for Action of Court and for cause as follows:

1. Maintaining contact with a person on the government's potential witness no contact list.
2. Visiting casinos during the week of February 28, 2014.
3. Having indirect access to another person's bank account from September 19, 2013 to October 11, 2013.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this _____ day of June 2014, and ordered filed and made a part of the records in the above case.

_____
Honorable George W. Foley, Jr.
United States District Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 18th day of June, 2014.

Respectfully Submitted,

_____
Samira A. Barlow
United States Pretrial Services Officer

Place: Las Vegas, Nevada

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Gregory VILLEGAS | **WARRANT FOR ARREST**<br><br>Case Number: 2:13-CR-355-GMN-CWH-1 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Gregory Villegas _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with   (brief description of offense)

Petition for Action on Conditions of Pretrial Release

in violation of Title ____18____ United States Code, Section(s) ____3148(b)____

| | |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Title of Issuing Officer | Date and Location |

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |