AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Nevada _____ 9337363

UNITED STATES OF AMERICA

v.

Gregory VILLEGAS

**WARRANT FOR ARREST**

Case Number: 2:13-CR-355-GMN-CWH-1

☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 25 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Gregory Villegas
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with (brief description of offense)

Petition for Action on Conditions of Pretrial Release

in violation of Title ___18___ United States Code, Section(s) ___3148(b)___

GEORGE FOLEY, JR.                    /s/ George Foley Jr.
Name of Issuing Officer              Signature of Issuing Officer

United States Magistrate Judge       June 18, 2014    Las Vegas, Nevada
Title of Issuing Officer             Date and Location

RECEIVED
2014 JUN 18 PM 1 54
UNITED STATES MARSHAL
DISTRICT OF NEVADA

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

LAS VEGAS, NV

| DATE RECEIVED 6/18/14 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/23/14 | | |