DANIEL G. BOGDEN
United States Attorney
CHRISTINA M. BROWN
Assistant United States Attorney
DISTRICT OF NEVADA
333 Las Vegas Boulevard. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>GREGORY VILLEGAS,<br><br>             Defendant. | Case No. 2:13-cr-00355-01-GMN-CWH<br><br>GOVERNMENT'S UNOPPOSED MOTION AND PROPOSED ORDER RELATING TO DISSEMINATION OF DISCOVERY FOR DEFENDANT |

The United States submits this unopposed motion seeking entry of an order giving effect to this Court's previous order governing dissemination of discovery (Doc. 73) while the defendant is incarcerated. The proposed order will enable the defendant to view discovery materials without unduly burdening the facility by requiring personal supervision or the collection and storage of notes. Counsel for the defendant has reviewed the proposed order and agrees to its terms and conditions.

DATED this 13th day of February, 2015.

             Respectfully Submitted,
             DANIEL G. BOGDEN
             United States Attorney

             */s/ Christina M. Brown*
             CHRISTINA M. BROWN
             Assistant U.S. Attorney

DANIEL G. BOGDEN
United States Attorney
CHRISTINA M. BROWN
Assistant United States Attorney
DISTRICT OF NEVADA
333 Las Vegas Boulevard. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREGORY VILLEGAS,<br><br>　　　　　Defendant. | Case No.  2:13-cr-00355-01-GMN-CWH<br><br><u>ORDER REGARDING VIEWING OF<br>DISCOVERY MATERIALS</u> |

Motion having been made and good cause appearing therefore:

　　　IT IS HEREBY ORDERED that the defendant, Gregory Villegas, who is presently in federal custody at the Southern Nevada Detention Center, shall be given reasonable access to a computer not connected to the internet for the sole purpose of allowing him to view an external hard drive, DVD or CD provided by defense counsel, Gabriel Grasso, Esq., to permit the defendant to review discovery materials while incarcerated.

　　　IT IS FURTHER ORDERED that personnel with the Southern Nevada Detention Facility shall provide to and collect back from the defendant said external hard drive, DVD or CD containing discovery materials prior to and following each discovery viewing session and securely store the device between viewing sessions.

　　　IT IS FURTHER ORDERED that the defendant shall not be permitted to take notes during his

///

viewing of the discovery, or duplicate, print, otherwise copy, or permit others to review or access the material.

DATED:  February 17, 2015

_____
United States Magistrate Judge