# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                       )<br>            Plaintiff,           )<br>                                       )<br> vs.                                  )<br>                                       )<br> GREGORY VILLEGAS, et al.,   )<br>                                       )<br>            Defendant.        )<br>_____) | Case No.: 2:13-cr-00355-GMN-CWH<br><br>**ORDER** |

This matter is before the Court on the United States' Motion to Re-Open Evidentiary Hearing to Present Additional Testimony (#187) filed June 11, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that the United States' Motion to Re-Open Evidentiary Hearing to Present Additional Testimony (#187) is **granted**. A supplemental evidentiary hearing is scheduled for **Thursday, June 18, 2015 at 9:30 a.m.** in Courtroom 3A.

DATED this 12th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge