FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 17 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-355-GMN-(CWH) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| GREGORY VILLEGAS,<br>    a.k.a. Ray Matsui,<br>    a.k.a. Ray Mathis, | |
| Defendant. | |

This Court finds that defendant Gregory Villegas, a.k.a. Ray Matsui, a.k.a. Ray Mathis, pled guilty to Count One of a Thirty-Two-Count Criminal Indictment charging him with Conspiracy to Commit Wire Fraud in Connection with Telemarketing in violation of Title 18, United States Code, Sections 1343 and 1349. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Gregory Villegas, a.k.a. Ray Matsui, a.k.a. Ray Mathis, agreed to the imposition of the in personam criminal forfeiture money judgment of $5,261,218 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment, to be held jointly and severally liable with any codefendants. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __;

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1343, a specified unlawful activity as defined in Title 18, United States Code,

Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349, conspiracy to commit such offense and (2) any real or personal property constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of Title 18, United States Code, Section 1343, or of Title 18, United States Code, Section 1349, conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

This Court finds that Gregory Villegas, a.k.a. Ray Matsui, a.k.a. Ray Mathis, shall pay an in personam criminal forfeiture money judgment of $5,261,218 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Gregory Villegas, a.k.a. Ray Matsui, a.k.a. Ray Mathis, an in personam criminal forfeiture money judgment of $5,261,218.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 17 day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE