

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-355-GMN-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| GREGORY VILLEGAS,<br>a.k.a. Ray Matsui,<br>a.k.a. Ray Mathis,<br>a.k.a. John Thames,<br>a.k.a. Thomas Rasmus,<br>a.k.a. Jacob Bailey, | |
| Defendant. | |

This Court found that Gregory Villegas, a.k.a. Ray Matsui, a.k.a. Ray Mathis, a.k.a. John Thames, a.k.a. Thomas Rasmus, a.k.a. Jacob Bailey, shall pay the in personam criminal forfeiture money judgment of $5,261,218 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 217; Change of Plea, ECF No. 297; Plea Agreement, ECF No. 298; Preliminary Order of Forfeiture, ECF No. 300.

THEREFORE. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Gregory Villegas, a.k.a. Ray Matsui, a.k.a. Ray Mathis, a.k.a. John Thames, a.k.a. Thomas Rasmus, a.k.a. Jacob Bailey, the in personam criminal forfeiture money judgment of $5,261,218 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United

States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 30 day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE