UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff-Appellee,<br><br>  v.<br><br>GREGORY VILLEGAS,<br><br>                  Defendant-Appellant. | Case No. 2:13-cr-00355-GMN-CWH<br>Appeal Case No. 17-10300<br><br>ORDER APPOINTING COUNSEL |

      Pursuant to the order filed on August 31, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HEREBY ORDERED that the Federal Public Defender's Office for the district of Nevada is appointed to represent Gregory Villegas for this appeal. The Federal Public Defender's address is: 411 E. Bonneville, Suite 250, Las Vegas, NV 89101 and their phone number is 702-388-6577.

      Former counsel, Gabriel L Grasso's office, is ordered to forward the file to the Federal Public Defender's Office forthwith.

      The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

      DATED this 1st day of September, 2017.

_____
GLORIA M. NAVARRO, U.S. DISTRICT JUDGE