**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

**OCT 1 0 2017**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

United States of America

              Plaintiff,

vs.

Gregory Villegas

              Defendant.

District No.   2:13-cr-0355 GMN CWH

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On October 2, 2017 this court received transcript order form dated September 15, 2017, requesting Transcripts of hearings held on May 20, 2016 and February 12, 2015 from Wendi Overmyer, counsel for Defendant Gregory Villegas in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcripts to anyone other than the representatives of the parties directly concerned with this case.

DATED this _10th_ day of October, 2017.

_____
CARL W. HOFFMAN
United States District Magistrate Judge