NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA , <br><br> Plaintiff, <br><br> v. <br><br> GREGORY VILLEGAS, <br> aka Ray Matsui, <br> aka Ray Mathis, <br><br> Defendant. | 2:13-CR-355-GMN-CWH <br><br> **Government's Unopposed Motion To Extend the Time to File its Motion Regarding *Honeycutt*** <br><br> **(First Request)** |

The United States of America respectfully moves this Court for an Order extending the time for the government to file its motion regarding *Honeycutt* as ordered in ECF No. 385. The government requests an extension of time to and including April 12, 2019. This is the first request.

The grounds for extending the time are as follows.

On March 25, 2019, the undersigned counsel called Wendi Overmyer, counsel for defendant, who agreed to this extension of time.

The undersigned has a large and active case load. Undersigned has had many tightly scheduled deadlines with the court for complex issues that have taken large amounts of time and resources to complete. Undersigned has worked extremely hard and efficiently to meet all the deadlines, but he has not had time to complete the motion.

The Asset Forfeiture Unit (AFU) in the United States Attorney's Office for the District of Nevada (USAO) is understaffed. AFU lacks two paralegal specialists and is in the

process of training a new forfeiture Assistant United States Attorney (AUSA) in Las Vegas while still short one AUSA in Reno, Nevada. Between the lack of staff, the lack of forfeiture AUSAs, and the criminal forfeiture workload, the forfeiture work in the USAO has backed up significantly. The undersigned is doing the best he can under the circumstances.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, April 12, 2019, for the United States to its motion regarding *Honeycutt* as ordered in ECF No. 385.

DATED: March 25, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED** this __27__ day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on March 25, 2019.

                                       */s/ Heidi L. Skillin*
                                       HEIDI L. SKILLIN
                                       Asset Forfeiture Paralegal