RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Wendi_Overmyer@fd.org

Attorney for Gregory Villegas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00355-GMN-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE RESPONSE DEADLINE** |
| v. | (First Request) |
| GREGORY VILLEGAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel D. Hollingsworth, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Wendi L. Overmyer, Assistant Federal Public Defender, counsel for Gregory Villegas that the response deadline currently due on August 31, 2020, be vacated and continued to September 14, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel has been out of the jurisdiction and requires additional time to file their response to the government's motion to submit a second

supplemental brief and government's second supplemental brief to the motion applying Honeycutt to the Forfeiture Order of $5,261,218. (ECF No. 416)

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the response deadline.

DATED this 31st day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Wendi L. Overmyer<br>By_____<br>WENDI L. OVERMYER<br>Assistant Federal Public Defender | /s/ Daniel D. Hollingsworth<br>By_____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00355-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY VILLEGAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the response deadline is vacated and continued to September 14, 2020.

DATED this 31 day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT