RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Wendi_Overmyer@fd.org

Attorney for Gregory Villegas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY VILLEGAS,<br><br>    Defendant. | Case No. 2:13-cr-00355-GMN-CWH<br><br>**STIPULATION TO CONTINUE RESPONSE DEADLINE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel D. Hollingsworth, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Wendi L. Overmyer, Assistant Federal Public Defender, counsel for Gregory Villegas that the response deadline currently due on September 14, 2020, be vacated and continued to September 28, 2020.

This Stipulation is entered into for the following reasons:

1. In its second supplemental brief, the government relies on the resentencing hearings in *United States v. Robertson*, No. 2:13-cr-00141-JAD-VCF, (D. Nev. July 6, 2020). ECF No. 416, pp. 3-4. The court reporter is currently

transcribing the *Robertson* resentencing hearings for appellate purposes. Defense counsel ordered an expedited copy of the *Robertson* resentencing hearings, which are expected by September 17, 2020. Thus, defense counsel requests the additional time to fully review the transcripts and prepare a response to the government's second supplemental brief.

    2.    The defendant is out of custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the second request for a continuance of the response deadline.

DATED this 11th day of September, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
|   */s/ Wendi L. Overmyer*<br>By_____<br>WENDI L. OVERMYER<br>Assistant Federal Public Defender |   */s/ Daniel D. Hollingsworth*<br>By_____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00355-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY VILLEGAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the response deadline is vacated and continued to September 28, 2020.

DATED this 11 day of September, 2020.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT