CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY VILLEGAS,<br><br>  Defendant. | 2:13-CR-355-GMN-CWH<br><br>**Unopposed Motion for an Extension of Time to File a Notice of Supplemental Case regarding *Honeycutt*<br>(First Request)** |

This Motion to Extend Time is the first request. LR IA 6-1.

The United States of America respectfully moves this Court for an extension of time to file a Notice of Supplemental Case regarding *United States v. Thompson*, -- F. 3d. --, Nos. 18-30206 and 18-30208, 2021 WL 8000686 (9th Cir. Mar. 3, 2021), interpreting *Honeycutt v. United States*, 137 S. Ct. 1626 (2017). The government is unaware of any deadline to respond to Gregory Villegas's Notice of Authority Supporting his Opposition to Government's Forfeiture Request of $5,261,218 (ECF No. 433). The government requests the extension of time to and including Friday, April 23, 2021.

The reasons are (1) *Thompson* is not a final decision since the Ninth Circuit granted an extension of time to file a petition for rehearing and suggestion for rehearing en banc to and including May 10, 2021; (2) The government wishes to cite relevant authority about the applicability of the *Thompson* decision; (3) The proposed Notice will go through numerous government levels of review before filing, if any filing occurs; (4) On or about March 18, 2021, the government requested, and Wendi Overmyer, Assistant Federal Public Defender,

and counsel for Gregory Villegas, agreed to the extension of time; and (5) This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, April 23, 2021.

DATED: March 22, 2021.

                                      CHRISTOPHER CHIOU
                                      Acting United States Attorney

                                      /s/ Daniel D. Hollingsworth
                                      DANIEL D. HOLLINGSWORTH
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

Dated this  23  day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT