**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY VILLEGAS,<br>a.k.a. Ray Matsui,<br>a.k.a. Ray Mathis.<br>a.k.a. John Thames,<br>a.k.a. Thomas Rasmus,<br>a.k.a. Jacob Bailey,<br><br>  Defendant. | 2:13-CR-355-GMN-CWH<br><br>**Amended Final Order of Forfeiture** |

This Court found that Gregory Villegas, a.k.a. Ray Matsui, a.k.a. Ray Mathis, a.k.a. John Thames, a.k.a. Thomas Rasmus, a.k.a. Jacob Bailey, shall pay the in personam criminal forfeiture money judgment of $5,261,218 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Superseding Criminal Indictment, ECF No. 217; Bill of Particulars, ECF No. 226; Plea Agreement, ECF No. 296; Change of Plea, ECF No. 297; Final Order of Forfeiture, ECF No. 446.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

To comply with the Ninth Circuit's Mandate;[1] *Honeycutt v. United States*, 581 U.S. 443 (2017); and *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021), the in personam criminal forfeiture money judgment amount is reduced to $156,962.

---

[1] USCA Ninth Circuit Mandate, ECF No, 457; Minute Order, ECF No. 458.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Gregory Villegas, a.k.a. Ray Matsui, a.k.a. Ray Mathis, a.k.a. John Thames, a.k.a. Thomas Rasmus, a.k.a. Jacob Bailey, the in personam criminal forfeiture money judgment of $156,962 under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____November 12_____, 2024.

<br>

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE